704

*Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ashford, Appellant.

Submitted June 14, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *Henry J. Rutherford,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ashford, Appellant.

Submitted June 14, 1971. *D. Patrick Zimmerman,* Public Defender, for appellant; *D. Richard Eckman,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Beras, Appellant.

Submitted June 22, 1971. *Neil Carver,* and *Carver and Steinberg,* for